**Mahesh C. SIKKA, Plaintiff—Appellant,**

v.

**Donald H. RUMSFELD, Secretary, Department of Defense; U.S. Defense Commissary Agency, Defendants—Appellees.**

No. 05–1121.

United States Court of Appeals, Fourth Circuit.

Submitted May 18, 2005.

Decided June 8, 2005.

Mahesh C. Sikka, Appellant pro se. Robert P. McIntosh, Office of the United States Attorney, Richmond, Virginia, for Appellees.

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Mahesh C. Sikka appeals the district court's order adopting the report and recommendation of a magistrate judge and granting summary judgment for Defendants on Sikka's Title VII action. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *See Sikka v. Rumsfeld,* No. CA–03–895–3 (E.D.Va. Nov. 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*